UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BEK ANARBEKOV,<br><br>Petitioner,<br><br>v.<br><br>BRISON SWEARINGEN,<br>DAVID J. VENTURELLA,<br>SAMUEL OLSON,<br>MARKWAYNE MULLIN,<br>TODD BLANCHE,<br><br>Respondents. | ) | No. 2:26-cv-00583-JRO-MJD |

**ORDER**

Petitioner Bek Anarbekov has filed a petition for writ of habeas corpus and argues that his immigration detention is unlawful. Dkt. 1. A search of the U.S. Immigration and Customs Enforcement Online Detainee Locator System, however, does not indicate that Petitioner is in their custody. *See* https://locator.ice.gov/odls/#/search (last visited Sept. 16, 2026).

Therefore, the Court **orders** the parties to file either a joint status report or separate status reports on Petitioner's custody status **on or before September 18, 2026.**

**SO ORDERED.**

Date: 9/16/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel