UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BEK ANARBEKOV,<br><br>Petitioner,<br><br>v.<br><br>BRISON SWEARINGEN,<br>DAVID J. VENTURELLA,<br>SAMUEL OLSON,<br>MARKWAYNE MULLIN,<br>TODD BLANCHE,<br><br>Respondents. | ) | No. 2:26-cv-00583-JRO-MJD |

**ORDER**

Petitioner Bek Anarbekov has filed a motion under Federal Rule of Civil Procedure 59(e) requesting reconsideration of this Court's decision that it lacked jurisdiction to hear his challenge to third-country removal to Central African Republic. Dkt. 23. Respondents have not responded to the motion.

Therefore, the Court **reopens** this case for reconsideration of the Court's jurisdiction. Petitioner's brief is docketed at entry 23-1. Respondents are **ordered** to respond to Petitioner's motion and brief by **October 29, 2026**. Petitioner may reply by **November 4, 2026**.

**SO ORDERED.**

Date: 10/19/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel